### 24721.   CRADDOCK *v.* THE STATE.

BROYLES, C. J.   The accused was convicted of an assault with intent to rob.   The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial, based upon the usual general grounds.   See, in this connection, *Gore* v. *State*, 162 *Ga.* 267 (134 S. E. 36).

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1935.

*Guillebeau & Methvin,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.